SCANNED

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JUN 0 9 2014

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)  Crim. No. 2:14 - Cr-066-DBH
v. )
)  (18 U.S.C. § 666(a)(1)(A)
STACEY A. BACKMAN )  26 U.S.C. § 7206(1))

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### Federal Program Fraud

Between about June 2010 and January 10, 2014, in the District of Maine, defendant

**STACEY A. BACKMAN,**

an agent of Coastal Enterprises, Inc. (CEI), an organization receiving in each of the calendar years of 2010, 2011, 2012 and 2013, grants, contracts, and other benefits in excess of $10,000 under federal programs administered by the United States Treasury (Community Development Financial Institutions Program), the United States Department of Housing and Urban Development, the United States Department of Health and Human Services, the United States Small Business Administration, and the United States Department of Agriculture, embezzled, stole, and converted to her own use without lawful authority, property worth more than $200,000 owned by and under the care of CEI.

Thus, the defendant violated Title 18, United States Code, Section 666(a)(1)(A).

### COUNT TWO
### Tax Fraud and False Statements

On about the dates set forth below, in the District of Maine, defendant

**STACEY A. BACKMAN,**

1

a resident of Brunswick, Maine, did willfully make and subscribe joint U.S. Individual Income Tax Returns, Form 1040, which were verified by written declarations that they were made under the penalties of perjury and which defendant did not believe to be true and correct as to every material matter; namely, in each of the returns identified below, which were filed with the Internal Revenue Service on about the "Date of Offense," the defendant failed to report "Total Unreported Income for Tax Year" and therefore owed "Total Tax Due and Owing" in the approximate amounts set forth below:

| Date of Offense (Date Return Filed) | Tax Year | Total Unreported Income for Tax Year | Total Tax Due and Owing |
| --- | --- | --- | --- |
| April 15, 2012 | 2011 | $64,796.13 | $17,575 |
| April 15, 2013 | 2012 | $117,552.37 | $37,559 |
| April 15, 2014 | 2013 | $110,400.59 | $30,303 |

Thus, the defendant violated Title 26, United States Code, Section 7206(1).

Dated: April 30, 2014

Donald E. Clark
Assistant United States Attorney

2